by the First, Second, Fifth, and Seventh Circuits. See, *e. g.*, *United States* v. *Johnson,* 953 F. 2d 1167, 1171 (1992).

One of the Court's duties is to do its best to see that the federal law is not being applied differently in the various circuits around the country. The Court is surely not doing its best when it denies certiorari in this case, which presents an issue on which the Courts of Appeals are recurringly at odds. I would grant certiorari.

No. 91–7914. ROMERO v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. JUSTICE BLACKMUN would dismiss the petition for writ of certiorari as moot.

No. 91–8336. COLEMAN v. THOMPSON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE BLACKMUN would dismiss the petition for writ of certiorari as moot.

No. 91–8341. BLACK v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. JUSTICE BLACKMUN would dismiss the petition for writ of certiorari as moot.

No. 91–8361. BLACK v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. JUSTICE BLACKMUN would dismiss the petition for writ of certiorari as moot.

No. 91–8286. BAGGETT v. UNITED STATES. C. A. 11th Cir. Motion of petitioner to amend petition for writ of certiorari denied. Certiorari denied.

No. 91–6866. HENLEY v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 502 U. S. 1113;

No. 91–6994. MITCHELL v. RENFRO ET AL., 503 U. S. 910;

No. 91–7185. JEFFRESS v. PETERSON, COMMISSIONER OF INTERNAL REVENUE, ET AL., 503 U. S. 989;

No. 91–7360. YATES v. MCMACKIN, WARDEN, 503 U. S. 990;

No. 91–7384. DOERR v. EMERSON, 503 U. S. 990;

No. 91–7416. MCCULLOUGH v. KERSH ET AL., 503 U. S. 991;

No. 91–7419. MCCULLOUGH v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 503 U. S. 991;